**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SCOTT BENNETT and JEFF HOFFMAN,

               Plaintiffs,

      v.

LOVE'S TRAVEL STOPS & COUNTRY STORES, INC., et al.,

               Defendants.

       )

Case No. EDCV 09-1459-VAP (OPx)

**JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

     Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 3, 2009

VIRGINIA A. PHILLIPS
United States District Judge